Christine D. Baran, Bar No. 158603
cbaran@laborlawyers.com
Spencer W. Waldron, Bar No. 284029
swaldron@laborlawyers.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone (949) 851-2424
Facsimile (949) 851-0152

Attorneys for Defendant Atria Management Company, LLC d.b.a. Atria Bayside Landing

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ALICIA FERNANDEZ PABLO,<br><br>        Plaintiff,<br><br>vs.<br><br>ATRIA MANAGEMENT COMPANY LLC d.b.a. ATRIA BAYSIDE LANDING; BRIAN STENSLER and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:14-CV-01510-WBS-CKD<br>The Honorable William B. Shubb<br><br>*(Removed from San Joaquin County Superior Court Case No. 39-2014-00308674-CU-WT-STK)*<br><br>**ORDER RE: DEFENDANT ATRIA MANAGEMENT COMPANY, LLC D.B.A. ATRIA BAYSIDE LANDING'S REQUEST FOR TELEPHONIC APPEARANCE AT THE STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>DATE:  October 27, 2014<br>TIME:  2:00 p.m.<br>DEPT:  Courtroom 5<br><br>Complaint Filed: March 13, 2014<br>Trial Date:        N/A |

Upon consideration of Defendant ATRIA MANAGEMENT COMPANY, LLC d.b.a. ATRIA BAYSIDE LANDING's request to allow their counsel to appear telephonically at the case management conference, and upon finding that good cause exists,

IT IS HEREBY ORDERED that Defendant ATRIA MANAGEMENT COMPANY, LLC d.b.a. ATRIA BAYSIDE LANDING's Request For Telephonic Appearance At The Status (Pretrial Scheduling) Conference is GRANTED.

It is further ordered: The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated:  October 21, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE