UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ALICIA FERNANDEZ PABLO,<br><br>               Plaintiff,<br><br>vs.<br><br>ATRIA MANAGEMENT COMPANY LLC d.b.a. ATRIA BAYSIDE LANDING; BRIAN STENSLER and DOES 1-10, inclusive,<br><br>               Defendants. | Case No. 2:14-CV-01510-WBS-CKD<br>The Honorable William B. Shubb<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  March 13, 2014<br>Trial Date:            N/A |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT that the entire action is dismissed forthwith with prejudice.

Dated:  March 24, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROOF OF SERVICE

FPDOCS 30452226.1